COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
SARAH BOOT (253658) (sboot@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendants EBAY INC. and
MATTHEW LEDWITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS INC., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation, LIVE AUCTIONEERS, LLC, a New York Limited Liability Company, MATTHEW LEDWITH, an individual and JOHN RALSTON, an individual,<br><br>Defendants. | Case No.  08-cv-05409-BZ<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER GRANTING MOTION TO
EXTEND TIME TO RESPOND COMPLAINT
08-CV-05409-BZ

Having considered the Unopposed Motion to Extend Time for Defendants to Respond to Plaintiffs' Complaint, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1. Defendants shall not be required to respond to the current complaint;

2. Plaintiffs shall file an amended complaint within 30 days of the filing of the unopposed motion; and

3. Defendants shall have 30 days after the filing of the amended complaint to answer or otherwise respond to the amended complaint.

Dated: __December 11, 2008_____

_____
Honorable Magistrate Judge Bernard Zimmerman

613726/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND COMPLAINT**
**08-CV-05409-BZ**