UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida Corporation and JEWELRY AUCTIONS, INC., a Florida corporation<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation, LIVE AUCTIONEERS, LLC, a New York Limited Liability Company, MATTHEW LEDWITH, an individual and JOHN RALSTON, an individual,<br><br>Defendants. | Case No. 08-cv-05409-BZ<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>E-filing |

Paul M. Quin, whose business address and telephone number is 201 East Kennedy Blvd., Suite 600, Tampa, Florida 33602, (813) 314-4500, and who is an active member in good standing of the State of Florida, and the Bar of the State of Missouri and the Federal Bars for the Middle District of Florida, the Western District of Missouri and the District of Kansas, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Windsor Auctions, Inc., and Jewelry Auctions, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2 Dec 08

United States Magistrate Judge Bernard Zimmerman