ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

NATHAN M. BERMAN (*Pro Hac Vice Pending*)
MARCOS E. HASBUN (*Pro Hac Vice Pending*)
ZUCKERMAN SPAEDER LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
(813) 221-1010 (phone)
(813) 223-7961 (fax)
nberman@zuckerman.com
Attorneys for Defendants Live Auctioneers, LLC and John Ralston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS, INC., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY, INC., a Delaware corporation, LIVE AUCTIONEERS, LLC, a New York limited liability company, MATTHEW LEDWITH, an individual, and JOHN RALSTON, an individual,<br><br>Defendants. | Case No. C 08-05409 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF NATHAN M. BERMAN *PRO HAC VICE* |

Nathan M. Berman, whose business address and telephone number is 101 E. Kennedy Boulevard, Suite 1200, Tampa, Florida, 22602, (813) 221-1010, and who is an active member in good standing of the bar of the State of Florida and of the bar of the United States District Court for the Middle District of Florida, having applied in the above-titled action for admission to

1  practice in the Northern District of California on a pro hac vice basis, representing Live
2  Auctioneers, LLC and John Ralston.
3     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.
8
9
10  DATED: 5 Jan 09               _____
11                                  Bernard Zimmerman,
                                    United States Magistrate Judge
12
...
28

2
[PROPOSED] ORDER GRANTING NATHAN M. BERMAN *PRO HAC VICE* APP.
CASE NO. C 08-05409 BZ

2058888.1