| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)<br>HEATHER C. MESERVY (223782) (hmeservy@cooley.com) |
| 3 | MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)<br>4401 Eastgate Mall |
| 4 | San Diego, CA  92121<br>Telephone:    (858) 550-6000 |
| 5 | Facsimile:     (858) 550-6420 |
| 6 | Attorneys for Defendants<br>eBay Inc. and Matthew Ledwith |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WINDSOR AUCTIONS, INC. a Florida Corporation, and JEWELRY AUCTIONS, INC., a Florida Corporation, | | Case No.  08-CV-05409 MHP |
| | | [PROPOSED] ORDER RE NOTICE OF CHANGE IN COUNSEL |
| Plaintiffs, | | |
| v. | | |
| EBAY INC. a Delaware Corporation, LIVE AUCTIONEERS, LLC a New York Limited Liability Company, MATTHEW LEDWITH, an individual and JOHN RALSTON, an individual, | | |
| Defendants. | | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER RE NOTICE OF CHANGE IN
COUNSEL
CASE NO.  08-CV-05409 MHP

1    Melina K. Patterson is hereby withdrawn as counsel of record for Defendants eBay Inc.
2  and Matthew Ledwith.
3    IT IS SO ORDERED.
4  Dated: _2/12/2009_____

5  _____
   Hon. Marilyn H. Patel, District Court Judge

7  620520 v1/SD



IT IS SO ORDERED
Judge Marilyn H. Patel

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**[PROPOSED] ORDER RE NOTICE OF CHANGE IN COUNSEL**
CASE NO. 08-CV-05409 MHP