E-FILED on   7/7/09

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WINDSOR AUCTIONS, INC., a Florida corporation, and JEWELRY AUCTIONS, INC., a Florida corporation, | No. C-08-05409 RMW |
| Plaintiffs, | |
| v. | ORDER |
| eBAY, INC., a Delaware corporation, LIVE AUCTIONEERS LLC, a New York Limited Liability Company, MATTHEW LEDWITH, an individual, and JOHN RALSTON, an individual, | |
| Defendants. | |

On June 15, 2009, the court granted plaintiffs' motion for leave to file a second amended complaint, conditioned upon plaintiffs reimbursing defendants for the legal fees and costs incurred by defendants in preparing and filing the most recent motions to dismiss. The order directed defendants' counsel to file and serve declarations attesting to the amount of attorney's fees and litigation expenses that were incurred in connection with the preparation and filing of the most recent motions to dismiss and allowed plaintiffs the opportunity to contest the amount by filing a short brief setting forth why the request is excessive, if it is.

ORDER - C08-5409 RMW
TER

**United States District Court**
For the Northern District of California

1    Defendants Live Auctioneers, LLC and John Ralston's submission attests to having incurred

2    $27,962 in attorneys fees and expenses in connection with their most recent joint motion to dismiss.

3    Defendants eBay, Inc. and Matthew Ledwith's submission attests to having incurred $19,905.65 in

4    outside counsel fees, as well as $7,492.50 worth of time expended by in-house litigation counsel.

5    In their response papers, plaintiffs seek reconsideration of the court's order conditionally

6    granting its motion for leave to amend, particularly with regard to defendant Live Auctions LLC

7    who was not a defendant in the first iteration of this lawsuit, and generally contend that the

8    defendants' requests are excessive.

9    As noted in the June 15, 2009 order, plaintiff's proposed Second Amended Complaint is in

10   fact the fifth proposed complaint relating to the underlying dispute.  Defendants Live Auctioneer and

11   Ralston have been named only in the last three complaints.  In large part as a result of plaintiff's

12   litigation tactics and strategies, this dispute has now been before four judicial officers in two

13   separate districts.[1]  There have also been six motions to dismiss that have been filed, four of them in

14   the present lawsuit alone, in addition to a motion to transfer.  A third set of motions to dismiss will

15   undoubtedly be filed to challenge the adequacy of the Second Amended Complaint, if it is filed.

16   Under all of the circumstances, the court finds it both reasonable and appropriate to condition the

17   filing of the "Second Amended Complaint" upon the reimbursement by plaintiffs of some portion of

18   the legal expenses that defendants have incurred.

19   The June 15, 2009 order requires plaintiffs to reimburse defendants for all of the legal fees

20   and costs incurred by defendants in preparing and filing the most recent motions to dismiss.

21   However, the fees requested seem excessive and are larger than what the court had anticipated they

22   were likely to be.  The court anticipates that the next round of motions to dismiss will likely benefit

23

24   [1]  This action was initially assigned to District Judge Lazzara who ordered the action transferred to
     the Northern District of California where it was randomly assigned to Magistrate Judge Zimmerman.
25   Despite the mandatory requirement of Civil L.R. 3-12(b), plaintiff Windsor Auctions failed to file an
     Administrative Motion to Consider Whether Cases Should be Related to determine whether this case
26   was related to the prior action it had filed against eBay (C-07-06454).  It did, however, file such a
     motion with regard to a separate action filed by other parties against eBay (*Mazur v. eBay*, C-07-
27   3967), but it did not identify its own previous lawsuit as a potentially related case.  When defendant
     Live Auctioneers declined to consent to Magistrate Judge Zimmerman, the case was re-assigned to
28   District Judge Patel.  Thereafter, the case was reassigned to the undersigned since the case is related
     to the prior action.

ORDER - C08-5409 RMW
TER                                        2

**United States District Court**
For the Northern District of California

1   to some degree from the legal work performed in one or more of the previous motions to dismiss,

2   such that the previously incurred legal fees will not be wholly wasted, and thus requiring

3   reimbursement of the full amount of defendants' legal expenses would provide defendants with a

4   windfall.  The court also recognizes, however, that the next round of motions to dismiss will

5   necessarily result in further legal expenses that would have been avoided in the absence of plaintiffs'

6   litigation tactics and in the absence of plaintiffs' seeking to file their proposed Second Amended

7   Complaint after the last motions to dismiss were filed.  It is fair and reasonable to require plaintiffs

8   to reimburse defendants for this latter amount.  The court finds that the hourly rates charged by

9   counsel for defendants are within a reasonable range for the type of work involved and the

10  experience of counsel.  However, the court also finds that the hours allegedly spent are excessive

11  and that some of the hours spent by defendants' counsel on their most recent motions to dismiss will

12  be useful in the preparation of a future motion to dismiss and in attempting to narrow plaintiffs'

13  claims.  Therefore, the court finds that a payment of $10,000 to eBay and a payment of $7,500 to

14  Live Auctioneers must be made by the plaintiffs as a condition of filing their Second Amended

15  Complaint.  These amounts represent the reasonable amount of fees that were unnecessarily incurred

16  in connection with the most recent motions to dismiss.

17        Accordingly, plaintiffs shall have 15 days from the date of this order in which to file their

18  Second Amended Complaint,  if plaintiffs elect to file it.  Prior to filing the Second Amended

19  Complaint, however, plaintiffs shall pay $10,000 collectively to defendants eBay, Inc. and Ledwith

20  and $7,500 collectively to Live Auctioneers LLC and Ralston as and for reasonable attorney's fees.

21

22

23

24  DATED:      7/7/09

    _____
    RONALD M. WHYTE
    United States District Judge

25

26

27

28

ORDER - C08-5409 RMW
TER                                                                3

**United States District Court**
For the Northern District of California

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  John Blain Gibbons          jgibbons@saxongilmore.com

4  Paul M. Quin                pquin@saxongilmore.com
   H. Ann Liroff               aliroff@hbblaw.com

5

6  **Counsel for Defendants eBay Inc and Matthew Ledwith:**

7  Heather C Meservy           hmeservy@cooley.com

8  Judith M. Mercier            judy.mercier@hklaw.com
   Michael G. Rhodes           rhodesmg@cooley.com

9  Michelle Louise Wasserman  mwasserman@cooley.com

10

11  **Counsel for Defendants Live Auctioneers LLC and John Ralston:**

12  Marcos E. Hasbun           mhasbun@zuckerman.com
    Robert S. Nelson            rnelson@nelsonlawgroup.net

13

14

15  Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.

16

17

18

19  **Dated:**  _7/7/09_                      _TER_
                                          **Chambers of Judge Whyte**
20

21

22

23

24

25

26

27

28

ORDER - C08-5409 RMW
TER                                  4